# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-07735-SVW-FFM | Date | November 4, 2019 |
|---|---|---|---|
| Title | Wali S. Sabree et al v. KIA Motors America, Inc et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

Plaintiffs' Amended Complaint [6] no longer includes a federal cause of action under 42 U.S.C. § 1983 as previously alleged. Plaintiff has not made any factual assertions regarding the citizenship of any of the defendants, or given any other indication that diversity jurisdiction exists under 28 U.S.C. 1332. Federal question jurisdiction "exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." Caterpillar Inc. v. Williams, 482 U.S. 386, 392, 107 S. Ct. 2425, 2429, 96 L. Ed. 2d 318 (1987). Plaintiff's reference to "due process" and "equal protection" on page 5 of the first amended complaint do not suffice to state a federal claim, because Plaintiff has failed to plead any facts whatsoever which demonstrate any defendant was acting under the color of law. This Court therefore lacks subject matter jurisdiction over the remaining state law claims, and accordingly sua sponte remands the action back to state court under 28 U.S.C. § 1447(c). See Polo v. Innoventions Int'l, LLC, 833 F.3d 1193, 1196 (9th Cir. 2016).

: 

Initials of Preparer    PMC